BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE JOHN LENZI<br>xxx-xx-9694<br><br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SSA<br><br>  Defendant. | Case No. 14-2841 EFB<br><br><br>**STIPULATIONAND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from May 1, 2015, to June 2, 2015, with all other deadlines extended accordingly. This extension is required due to counsel's crowded briefing schedule.

////

////

////

1

Dated: April 28, 2015          */s/Bess M. Brewer*
                               BESS M. BREWER
                               Attorney at Law

                               Attorney for Plaintiff


Dated: April 28, 2015          Benjamin B. Wagner
                               United States Attorney

                               Donna L. Calvert
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               /s/ Michael Marriott
                               MICHAEL MARRIOTT
                               Special Assistant United States Attorney

                               Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:   April 29, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2