BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE JOHN LENZI<br>xxx-xx-9694<br><br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SSA<br><br>Defendant. | Case No. 14-2841 EFB<br><br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from June 2, 2015, to June 23, 2015, with all other deadlines extended accordingly. This extension is required due to counsel's need to be out of the office due to emergency veterinary visit.

////

////

////

1

Dated: June 2, 2015

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: June 2, 2015

Benjamin B. Wagner
United States Attorney

Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Michael Marriott
MICHAEL MARRIOTT
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:   June 3, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2