BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE JOHN LENZI<br>xxx-xx-9694<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SSA<br><br>Defendant. | Case No. 14-2841 EFB<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from June 23, 2015, to July 7, 2015, with all other deadlines extended accordingly. This extension is required due to counsel's inability to complete the brief before she leaves on vacation out of the Country.

////

////

////

1

1
2
3
4  Dated: June 2, 2015                    */s/Bess M. Brewer*
                                          BESS M. BREWER
5                                         Attorney at Law

6                                         Attorney for Plaintiff

7

8  Dated: June 2, 2015                    Benjamin B. Wagner
9                                         United States Attorney

10                                        Donna L. Calvert
                                          Regional Chief Counsel, Region IX
11                                        Social Security Administration

12                                        /s/ Michael Marriott
                                          MICHAEL MARRIOTT
13
                                          Special Assistant United States Attorney
14                                        Attorneys for Defendant

15
16
17                                     **ORDER**

18
    APPROVED AND SO ORDERED.
19
20  DATED: June 29, 2015.
                                          _____
21                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28