BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE JOHN LENZI<br>xxx-xx-9694<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SSA<br><br>Defendant. | Case No. 14-2841 EFB<br><br>STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF |

　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her reply to defendant's summary judgment motion is hereby extended from August 31, 2015, to September 30, 2015 ~~with all other deadlines extended accordingly~~. This extension is required due to counsel's crowded briefing schedule.

////

////

////

1

Dated: August 31, 2015

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: August 31, 2015

Benjamin B. Wagner
United States Attorney

Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Michael Marriott
MICHAEL MARRIOTT
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

APPROVED AS MODIFIED AND SO ORDERED.

DATED: September 1, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2